1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALONZO MCKINNEY,                      No.  2:25-cv-2842 CKD P

12              Petitioner,

13        v.                               ORDER

14   J. WALKER,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.   Petitioner is presently incarcerated at R.J. Donavan

19   Correctional Facility in San Diego County.  He is serving a sentence for a conviction from the

20   Los Angeles County Superior Court.  The general rule regarding habeas applications is that both

21   the United States District Court in the district where petitioner was convicted and the District

22   Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th

23   Judicial Circuit Court, 410 U.S. 484 (1973).  Because any witnesses and evidence necessary for

24   the resolution of petitioner's application are more readily available in Los Angeles County, id. at

25   499 n.15; 28 U.S.C. § 2241(d), this action will be transferred to the United States District Court

26   for the Central District of California.

27   /////

28   /////

                                         1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2    transferred to the United States District Court for the Central District of California.

3    Dated:  October 6, 2025

4    _____
     CAROLYN K. DELANEY
5    UNITED STATES MAGISTRATE JUDGE

6

7

8    1/kly
     mcki2842.108a
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28