# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

               Petitioner,

     v.

OFFICER J. WALKER,

               Respondent.

_____

) NO. CV 25-09637 JGB (KS)
)
)
)
) **ORDER ACCEPTING FINDINGS AND**
) **RECOMMENDATIONS OF UNITED**
) **STATES MAGISTRATE JUDGE**
)
)
)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections thereto, and all records herein. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the First Amended Petition is DISMISSED as an unauthorized second or successive petition under 28 U.S.C. § 2244(b), and because it violates Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: March 19, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE