JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO McKINNEY,<br><br>       Petitioner,<br><br>   v.<br><br><br>OFFICER J. WALKER,<br><br>       Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   NO. CV 25-09637 JGB (KS)<br><br>  JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 19, 2026

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE